160 A.3d 553

**MANNING, Kevin Robert**

v.

**STATE of Maryland**

**Pet. Docket No. 619, Sept. Term, 2016**

Court of Appeals of Maryland.

May 22, 2017

Opinion of the Court of Special Appeals unreported (No. 330, Sept. Term, 2016).

Petition for writ of certiorari denied.

■

160 A.3d 553

**MARTIN, Randall, Jr.**

v.

**STATE of Maryland**

**Pet. Docket No. 56, Sept. Term, 2017**

Court of Appeals of Maryland.

May 22, 2017

Opinion of the Court of Special Appeals unreported (No. 1696, Sept. Term, 2015).

Petition for writ of certiorari denied.